# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

---

MARY ELIZABETH BARNES,

                      Plaintiff,

v.

PAUL JOSEPH CURTIN, EXECUTIVE
DIRECTOR AND PRESIDENT OF
ALCOHOL SERVICES, INC.,

                      Defendant.

**NOTICE OF DISMISSAL**

Case Number: 5:01-cv-01014
NPM/GJD

---

To the Clerk of this Court and all parties of record:

Please take notice that the above-entitled action is hereby dismissed without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: February 9, 2006

**MENTER, RUDIN & TRIVELPIECE, P.C.**
*Attorneys for Plaintiff*

By: Steven B. Alderman, Esq.
Bar Roll No.: 501871
Office and Post Office Address:
500 South Salina Street, Suite 500
Syracuse, New York 13202
Telephone: (315) 474-7541

Date: February **13**, 2006
      Syracuse, New York.

**SO ORDERED:**

Hon. Gustave J. DiBianco
U.S. Magistrate Judge

{F:\WPMain\sba\print\SAT3752.DOC}